■ In the Matter of LAWRENCE ELBERT, Appellant, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, et al., Respondents. [769 NYS2d 426]—Appeal from a judgment (denominated order) of Supreme Court, Erie County (Mahoney, J.), entered February 4, 2003, which dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs (*see Matter of Raqiyb v Donnelly*, 307 AD2d 761 [2003]). Present— Green, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.